# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA MARIE COPENHAVER,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>Social Security Administration,<br><br>Defendant | Case No. 2:24-cv-00018-SP<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d):

**IT IS ORDERED** that fees in the amount of $2,000 as authorized by 28 U.S.C. § 2412(d) and no costs pursuant to 20 U.S.C. § 1920 be awarded subject to the terms of the Joint Motion.

Dated: May 1, 2024

_____
Hon. Sheri Pym
Magistrate Judge